```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17286
    KENNETH LIPINSKI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2297


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/03/2008 and was confirmed 10/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

     The case was dismissed after confirmation 02/25/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
GMAC                         SECURED VEHIC   10725.00         53.43        3392.55
GMAC                         UNSECURED        2122.25           .00            .00
JAMES F MESSENGER            CURRENT MORTG        .00           .00            .00
AMERICAN EXPRESS             UNSECURED      NOT FILED           .00            .00
AMERICAN EXPRESS             UNSECURED        5001.56           .00            .00
AMERICAN EXPRESS             UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA              UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA              UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED       37280.98           .00            .00
ECAST SETTLEMENT CORP        UNSECURED       17324.34           .00            .00
BENEFICIAL/HOUSEHOLD FIN     UNSECURED      NOT FILED           .00            .00
CAPITAL ONE                  UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED        3439.42           .00            .00
ECAST SETTLEMENT CORP        UNSECURED        2457.12           .00            .00
ROUNDUP FUNDING LLC          UNSECURED        7177.10           .00            .00
ECAST SETTLEMENT CORP        UNSECURED        9495.93           .00            .00
ECAST SETTLEMENT CORP        UNSECURED        5209.84           .00            .00
CHASE BP                     UNSECURED      NOT FILED           .00            .00
CITIBANK USA                 UNSECURED      NOT FILED           .00            .00
CITIBANK USA                 UNSECURED      NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI     UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED        1239.19           .00            .00
GEMB/WALMART                 UNSECURED      NOT FILED           .00            .00
EMPIRE CARPET                UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED       20079.91           .00            .00
HFC USA/BENEFICIAL           UNSECURED      NOT FILED           .00            .00
HFC USA/BENEFICIAL           UNSECURED      NOT FILED           .00            .00
HSBC                         UNSECURED      NOT FILED           .00            .00
JC PENNEY                    UNSECURED      NOT FILED           .00            .00
SEARS ROEBUCK & CO           UNSECURED      NOT FILED           .00            .00
US BANK                      UNSECURED      NOT FILED           .00            .00
AMERICAN EXPRESS             UNSECURED            .00           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17286 KENNETH LIPINSKI
```

```
MARGARET LIPINSKI         NOTICE ONLY    NOT FILED              .00              .00
LEGAL HELPERS PC          DEBTOR ATTY    2,678.00                                .00
TOM VAUGHN                TRUSTEE                                             284.02
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       3,730.00

PRIORITY                                                   .00
SECURED                                              3,392.55
    INTEREST                                            53.43
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                    284.02
DEBTOR REFUND                                              .00
                            ---------------    ---------------
TOTALS                         3,730.00            3,730.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 17286 KENNETH LIPINSKI